IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30114
Summary Calendar

_____

ROBERT DOLE KENVYN, II,

Plaintiff-Appellant,

versus

DELMAR OPERATING, INCORPORATED, ET AL.,

Defendants,

DELMAR OPERATING, INCORPORATED;
COMPETITIVE MANAGEMENT SYSTEMS, INC.;
NEIL ROGERS,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Louisiana
USDC No. 95-CV-1686

_____
September 24, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Robert Dole Kenvyn, II, appeals the district court's summary judgment in favor of the appellees. We affirm for the reasons cited by the district court and pursuant to the intervening case, <u>Coulter v. Texaco, Inc.</u>, ___ F.3d ___ (5th Cir. Jul. 29, 1997, No. 97-30081) 1997 WL 392830 at *2.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.